IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01117-RPM-BNB

ELIZABETH WORRELL,

Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC.,

Defendant.

_____

**ORDER**
_____

The plaintiff has filed a motion seeking the award of her costs and attorney's fees under the fee shifting provisions of the Fair Debt Collection Practices Act. Motion [Doc. # 14]. The Motion also requests a hearing on the attorney's fee issue, and states that "[s]ubsequent to the hearing on this motion Plaintiff will also request fees for preparing and arguing this motion." Id. at p. 8.

Importantly, the offer of judgment which terminated the claim underlying this action was for $2,001.00. Id. at p. 2. The costs and attorney's fees requested in the Motion are $2,507.00, more than the value of the claim. Id. at p. 7.

I do not need a hearing to resolve the attorney's fees issue presented by the Motion. If the plaintiff believes that it is entitled to the attorney's fees incurred in bringing the Motion, and if those fees are not included in the Motion as presently made, the plaintiff should file a supplemental motion specifying all fees and costs claimed in the case; the defendant may reply; and I will decide the matter on the papers.

IT IS ORDERED:

(1)     My minute order [Doc. # 16] dated July 6, 2012, and the August 6, 2012, hearing on the Motion are VACATED;

(2)     The plaintiff shall file, on or before **July 23, 2012**, a supplemental motion specifying all fees and costs claimed in this case.  The supplemental motion shall comply with the requirements of D.C.COLO.LCivR 54.3; and

(3)     The defendant shall respond to the supplemental motion on or before **August 6, 2012**.

Dated July 9, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge