IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01117-RPM

ELIZABETH WORRELL,

    Plaintiff,
v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC

    Defendant.
_____

## AMENDED JUDGMENT
_____

    Pursuant to the Order for Award of Attorney's Fees and Costs entered by Senior Judge Richard P. Matsch on September 26, 2012, it is

    ORDERED AND ADJUDGED that judgment is entered for the plaintiff Elizabeth Worrell and against Account Brokers of Larimer County, Inc., in the amount of $2,001.00, plus attorney fees in the amount of $2,327.50 and costs in the amount of $405.00 for a total of $4,733.50.  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of **0.18%** from the date of entry of judgment.

    DATED: September 26, 2012

                                  JEFFREY P. COLWELL CLERK

                                      s/M. V. Wentz

                           By:_____
                                      Deputy