IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01117-RPM-BNB

ELIZABETH WORRELL,

 Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC.,

 Defendant.

_____

ORDER DENYING MOTION TO COMPEL GARNISHEE TO TURNOVER FUNDS
_____

 Upon consideration of the Recommendation of United Sates Magistrate Judge Boyd N. Boland entered on January 3, 2013, [30], incorporated herein by reference, and no objection having been filed, it is

 ORDERED that plaintiff's Motion to Compel Garnishee to Turnover Funds [28] is denied.

 DATED: February 14th, 2013

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge